**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02970-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

DONNA D. MEYERS, and
DONALD P. MEYERS,

      Plaintiffs,

v.

PFIZER INC.,

      Defendant.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

---

On October 31, 2014, Plaintiffs submitted a Complaint and an Application to

Proceed in District Court Without Prepaying Fees or Costs (Long Form).  As part of the

Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the

documents are deficient as described in this Order.  Plaintiffs will be directed to cure the

following if they wish to pursue any claims in this Court in this action.  Any papers that

Plaintiffs file in response to this Order must include the civil action number on this

Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:

(1)   <u>X</u>   is not submitted (A request to proceed without payment of the filing fee
                 must be provided for each named Plaintiff.  Donna D. Meyers must submit
                 a separate application)
(2)   <u>  </u>   is missing affidavit
(3)   <u>  </u>   is not on proper form (Must use Court-approved form revised October 1,
                 2012)
(4)   <u>  </u>   names in caption do not match names in caption of complaint, petition or

(5)    \_\_     habeas application
                 other: _____

**Complaint, Petition or Application**:

(6)    \_\_     is not submitted
(7)    \_\_     is not on proper form
(8)    X     is missing an original signature by Plaintiff Donna D. Meyers
(9)    \_\_     is missing page nos. ___
(10)   \_\_     uses et al. instead of listing all parties in caption
(11)   \_\_     names in caption do not match names in text
(12)   X     addresses must be noted in the Parties section of the Complaint form
(13)   X     other: Plaintiffs have failed to submit all sections of the Court-approved
                 Complaint form.

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiffs shall obtain the Court-approved Complaint form and Application to Proceed in District Court Without Prepaying Fees or Costs form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiffs fail to cure the designated deficiencies, **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED November 6, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge