IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02970-WJM-CBS | Date: March 18, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| DONNA D. MEYERS, | *Pro se* |
| DONALD P. MEYERS, | *Pro se* |
| Plaintiff, | |
| v. | |
| PFIZER INC., | Lincoln Wilson |
| | Andrew Myers |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 10:01 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding *MOTION [21] to Direct Parties to Engage in a Dispute Resolution Proceeding*. This motion asks the court to appoint an independent psychiatric expert to evaluate Ms. Meyers.

**ORDERED:** *MOTION [21] to Direct Parties to Engage in a Dispute Resolution Proceeding* is **DENIED without prejudice.**

The Plaintiffs shall file a response to *MOTION [30] to Dismiss* by **April 10, 2015.**

Hearing Concluded.

**Court in recess: 10:46 a.m.**
Time in court: 00:45

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.