**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 14-cv-02970-WJM-CBS

DONNA D. MEYERS, and
DONALD P. MEYERS,

      Plaintiffs,

v.

PFIZER, INC.,

      Defendant.

_____

**ORDER ADOPTING DECEMBER 7, 2015 RECOMMENDATION OF**
**MAGISTRATE JUDGE AND GRANTING DEFENDANT'S MOTION TO DISMISS**
_____

This matter is before the Court on the December 7, 2015 Recommendation of United States Magistrate Judge Craig B. Shaffer (the "Recommendation") (ECF No. 44) that Defendant Pfizer, Inc.'s Motion to Dismiss (ECF No. 30) be granted and the Complaint be dismissed with prejudice.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 44 at 8–9.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991)

("In the absence of timely objection, the district court may review a magistrate's report

under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)    The Magistrate Judge's Recommendation (ECF No. 44) is ADOPTED in its

entirety;

(2)    Defendant's Motion to Dismiss (ECF No. 30) is GRANTED; and

(3)    Plaintiff's Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.

Dated this 31st day of December, 2015.

BY THE COURT:

_____

William J. Martínez
United States District Judge