**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-02970-WJM-CBS

DONNA D. MEYERS, and
DONALD P. MEYERS,

    Plaintiffs,

v.

PFIZER INC.,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order Adopting December 7, 2015 Recommendation of Magistrate Judge and Granting Defendant's Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on December 31, 2015, it is

    ORDERED that the Magistrate Judge's Recommendation (ECF No. 44) is ADOPTED in its entirety.

    IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (ECF No. 30) is GRANTED.

    IT IS FURTHER ORDERED that Plaintiffs' Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.  Each party shall pay its/their own costs.

Dated at Denver, Colorado this 31st day of December, 2015.

                                        BY THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      By:   s/Deborah Hansen
                                      Deborah Hansen, Deputy Clerk